IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Noyes, Wanda A | Case Number:  06 B 12867 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  2/19/08 | Filed:  10/10/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 8, 2008
Confirmed: December 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 10,540.71 | |
| Secured: | | 8,842.37 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,168.80 |
| Trustee Fee: | | 529.54 |
| Other Funds: | | 0.00 |
| Totals: | 10,540.71 | 10,540.71 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 1,379.00 | 1,168.80 |
| 2. | Select Portfolio Servicing | Secured | 14,686.62 | 8,842.37 |
| 3. | Select Portfolio Servicing | Secured | 25,224.05 | 0.00 |
| 4. | Continental Window | Unsecured | 436.98 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 25.18 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 455.32 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 523.14 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 27.24 | 0.00 |
| 9. | Archer Heights Credit Union | Unsecured | 985.05 | 0.00 |
| 10. | Ed South | Unsecured | | No Claim Filed |
| 11. | Collection Company Of America | Unsecured | | No Claim Filed |
| 12. | Harris & Harris | Unsecured | | No Claim Filed |
| 13. | Debt Credit Service | Unsecured | | No Claim Filed |
| 14. | Ed South | Unsecured | | No Claim Filed |
| 15. | Financial Credit Corp | Unsecured | | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 17. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 18. | Harris & Harris | Unsecured | | No Claim Filed |
| 19. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 20. | Wow Internet | Unsecured | | No Claim Filed |
| 21. | Robert G Michaels & Associates | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 43,742.58 | $ 10,011.17 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Noyes, Wanda A

Printed: 2/19/08

Case Number: 06 B 12867
Judge: Goldgar, A. Benjamin
Filed: 10/10/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 317.18 |
| 5.4% | 212.36 |
| | _____ |
| | $ 529.54 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

